# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

WILLIAM D. BAKER, :

               Plaintiff,

-vs-

MICHAEL J. ASTRUE,
COMMISSIONER OF
SOCIAL SECURITY,
               Defendant. :

Case No. 3:09-cv-405

District Judge Thomas M. Rose
Magistrate Judge Michael R. Merz

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. No. 15), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on May 3, 2010, hereby ADOPTS said Report and Recommendations.

It is therefore ORDERED that the Commissioner's decision that Plaintiff is not disabled and therefore not entitled to benefits under the Social Security Act be, and it hereby is, affirmed.

May 4, 2010.                *s/THOMAS M. ROSE*

                                        Thomas M. Rose
                                  United States District Judge